UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Judge Hellerstein**

IN RE WORLD TRADE CENTER SITE LITIGATION                    21 MC 100 (AKH)
--------------------------------------------------------------------X        (ECF)
VICTOR NAVARRA AND JOANNE NAVARRA,

**SUMMONS**

Plaintiffs, **07** **CV** **3357**

-against-

**Jury Trial Demanded**

AMEC CONSTRUCTION MANAGEMENT, INC., *et al.*,

Defendants.
--------------------------------------------------------------------X

     YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

Plaintiffs' Attorney:   Sullivan Papain Block McGrath & Cannavo P.C.
                   120 Broadway, 18th Floor
                   New York, New York 10271
                   212/732.9000

     an Answer to the Complaint that is herein served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

J. MICHAEL McMAHON          APR 2 7 2007
_____       _____
Clerk                              Date

_____       _____
By: Deputy Clerk                          Date

TO:

AMEC CONSTRUCTION
MANAGEMENT, INC. and other AMEC entities
c/o Tara Saybe
Patton Boggs LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102


TULLY CONSTRUCTION CO., INC.
and other TULLY entities
c/o Tara Saybe
Patton Boggs LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

BOVIS LEND LEASE, LMB, INC.
and other BOVIS entities
c/o Mound Cotton Wollan & Greengrass
Mark J. Weber, Esq.
One Battery Park Plaza
New York, NY 10004-1486


TURNER CONSTRUCTION
COMPANY and other
TURNER entities
c/o London Fisher LLP
Attn: John Starling, Esq.
59 Maiden Lane
New York, NY 10038

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

VICTOR NAVARRA and JOANNE NAVARRA,

Plaintiffs,

- against -

AMEC CONSTRUCTION MANAGEMENT,
INC., *et al.*,

Defendants.

21 MC 100 (AKH)

**Judge Hellerstein**

DOCKET NO.

**07 CV 3357**

CHECK-OFF ("SHORT FORM")
COMPLAINT
RELATED TO THE
MASTER COMPLAINT

**PLAINTIFFS DEMAND A TRIAL BY JURY**



By Order of the Honorable Alvin K. Hellerstein, United States District Judge, dated June 22, 2006, ("the Order"), Master Complaints for all Plaintiffs were filed on August 18, 2006.

## NOTICE OF ADOPTION

All headings and paragraphs in the Master Complaints are applicable to and are adopted by the instant Plaintiff(s) as if fully set forth herein in addition to those paragraphs specific to the individual Plaintiff(s), which are listed below. These are marked with an "☑" if applicable to the instant Plaintiff(s), and specific case information is set forth, as needed, below.

Plaintiffs, by their attorneys SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, P.C. complaining of Defendants, respectfully allege:

## I. PARTIES

### PLAINTIFF(S)

1.    **X** Plaintiff VICTOR NAVARRA (hereinafter the "Injured Plaintiff"), is an individual and a citizen of New York, residing at 968 East Raleigh Avenue, Staten Island, New York 10310.

2.    Alternatively, ☐ _____ is the _____ of Decedent _____, and brings this claim in his (her) capacity as of the Estate of _____.

3.    **X** Plaintiff, JOANNE NAVARRA (hereinafter the "Derivative Plaintiff"), is an individual and a citizen of New York, residing at 968 East Raleigh Avenue, Staten Island, New York 10310, and has the following relationship to the Injured Plaintiff:

**X**      PLAINTIFF JOANNE NAVARRA at all relevant times herein, is and has been lawfully married to Plaintiff VICTOR NAVARRA and brings this derivative action for her (his) loss due to the injuries sustained by her husband, Plaintiff VICTOR NAVARRA.

     ☐     Parent     ☐     Child     ☐     Other: _____

4.      In the period from September 11, 2001 through November 2002, the Injured Plaintiff worked in the capacity of a retired Fire Lieutenant (Fire Department of New York) at:

*Please be as specific as possible when filling in the following dates and locations*

**X** The World Trade Center Site
Location(s) (*i.e.,* building, quadrant, etc.) throughout the four quadrants.
From on or about September 11, 2001 until November 2001;
Approximately nine days in September 2001, for up to fifteen hours per day; and at least several days per week, each week, thereafter, until November 2001;
for
Approximately 22 days total.

=================================================

☐   The New York City Medical Examiner's Office

From on or about _____ until _____ ,
Approximately _____ hours per day; for
Approximately _____ days total.

=================================================

☐   The Fresh Kills Landfill

From on or about _____ until _____ ;
Approximately _____ hours per day; for
Approximately _____ days total.

=================================================

☐   The Barge

From on or about _____ until _____ ;
Approximately _____ hours per day; for
Approximately _____ days total.

=================================================

☐   **Other:** * For injured plaintiffs who worked at Non-WTC Site building or location. The injured plaintiff worked at the address/location, for the dates alleged, for the hours per day, for the total days, and for the employer, as specified below:

From on or about _____ until _____ ;
Approximately _____ hours per day; for
Approximately _____ days total;
Name and Address of Non-WTC Site
Building/Worksite: _____
_____

*Continue this information on a separate sheet of paper if necessary. If more space is needed to specify "Other" locations, please annex a separate sheet of paper with the information.

5.      Injured Plaintiff

     **X**      Was exposed to and breathed noxious fumes on all dates, at the site(s) indicated above;

     **X**      Was exposed to and inhaled or ingested toxic substances and particulates on all dates at the site(s) indicated above;

     **X**      Was exposed to and absorbed or touched toxic or caustic substances on all dates at the site(s) indicated above;

     ☐      Other: _____

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

6.    Injured Plaintiff

__X__    Has not made a claim to the Victim Compensation Fund.  Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, the issue of waiver is inapplicable.

☐    Made a claim to the Victim Compensation Fund that was denied.  Pursuant to § 405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, the issue of waiver is inapplicable.

☐    Made a claim to the Victim Compensation Fund, that was subsequently withdrawn by Ground-Zero Plaintiff.  Pursuant to § 405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, the issue of waiver is inapplicable.

☐    Made a claim to the Victim Compensation Fund that was granted. Pursuant to § 405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, Ground Zero-Plaintiff has waived her/his right(s) to pursue any further legal action for the injuries identified in said claim.

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

## B.    DEFENDANT(S)

7.    The following is a list of all Defendant(s) named in the Master Complaint.  If checked, all paragraphs pertaining to that Defendant are deemed pleaded herein.

☐  THE CITY OF NEW YORK
    ☐  A Notice of Claim was timely filed and served on _____ and
    ☐  pursuant to General Municipal Law §50-h the CITY held a hearing on _____ (OR)
    ☐  The City has yet to hold a hearing as required by General Municipal Law §50-h
    ☐  More than thirty days have passed and the City has not adjusted the claim
            (OR)
  ☐   An Order to Show Cause application to
  ☐   deem Plaintiff's (Plaintiffs') Notice of Claim timely filed, or in the alternative to grant Plaintiff(s) leave to file a late Notice of Claim *Nunc Pro Tunc* (for leave to file a late Notice of Claim *Nunc Pro Tunc*) has been filed and a determination
  ☐   is pending
    ☐  Granting petition was made on _____
    ☐  Denying petition was made on _____

═══════════════════════════════

☐  PORT AUTHORITY OF NEW YORK AND NEW JERSEY ["PORT AUTHORITY"]
    ☐  A Notice of Claim was filed and served pursuant to Chapter 179, §7 of The Unconsolidated Laws of the State of New York on
    ☐  More than sixty days have elapsed since the Notice of Claim was filed, (and)
        ☐  the PORT AUTHORITY has adjusted this claim
    ☐  the PORT AUTHORITY has not adjusted this claim.

═══════════════════════════════

☐  1 WORLD TRADE CENTER, LLC
☐  1 WTC HOLDINGS, LLC
☐  2 WORLD TRADE CENTER, LLC
☐  2 WTC HOLDINGS, LLC
☐  4 WORLD TRADE CENTER, LLC
☐  4 WTC HOLDINGS, LLC

☐  5 WORLD TRADE CENTER, LLC
☐  5 WTC HOLDINGS, LLC
X  AMEC CONSTRUCTION MANAGEMENT, INC.
☐  7 WORLD TRADE COMPANY, L.P.
☐  A RUSSO WRECKING
☐  ABM INDUSTRIES, INC.
☐  ABM JANITORIAL NORTHEAST, INC.
X  AMEC EARTH & ENVIRONMENTAL, INC.
☐  ANTHONY CORTESE SPECIALIZED HAULING, LLC, INC.
☐  ATLANTIC HEYDT CORP
☐  BECHTEL ASSOCIATES PROFESSIONAL CORPORATION
☐  BECHTEL CONSTRUCTION, INC.
☐  BECHTEL CORPORATION
☐  BECHTEL ENVIRONMENTAL, INC.
☐  BERKEL & COMPANY, CONTRACTORS, INC.
☐  BIG APPLE WRECKING & CONSTRUCTION CORP
X  BOVIS LEND LEASE, INC.
X  BOVIS LEND LEASE LMB, INC.
☐  BREEZE CARTING CORP
☐  BREEZE NATIONAL, INC.
☐  BRER-FOUR TRANSPORTATION CORP.
☐  BURO HAPPOLD CONSULTING ENGINEERS, P.C.
☐  C.B. CONTRACTING CORP
☐  CANRON CONSTRUCTION CORP
☐  CANTOR SEINUK GROUP
☐  CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.
☐  CORD CONTRACTING CO., INC
☐  CRAIG TEST BORING COMPANY INC.
☐  DAKOTA DEMO-TECH
☐  DIAMOND POINT EXCAVATING CORP
☐  DIEGO CONSTRUCTION, INC.
☐  DIVERSIFIED CARTING, INC.
☐  DMT ENTERPRISE, INC.
☐  D'ONOFRIO GENERAL CONTRACTORS CORP

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

- ☐ EAGLE LEASING & INDUSTRIAL SUPPLY
- ☐ EAGLE ONE ROOFING CONTRACTORS INC.
- ☐ EAGLE SCAFFOLDING CO
- ☐ EJ DAVIES, INC.
- ☐ EN-TECH CORP
- ☐ ET ENVIRONMENTAL
- ☐ EVERGREEN RECYCLING OF CORONA
- ☐ EWELL W. FINLEY, P.C.
- ☐ EXECUTIVE MEDICAL SERVICES, P.C.
- ☐ F&G MECHANICAL, INC.
- ☐ FLEET TRUCKING, INC.
- ☐ FRANCIS A. LEE COMPANY, A CORPORATION
- ☐ FTI TRUCKING
- ☐ GILSANZ MURRAY STEFICEK, LLP
- ☐ GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC
- ☐ HALLEN WELDING SERVICE, INC.
- ☐ H.P. ENVIRONMENTAL
- ☐ KOCH SKANSKA INC.
- ☐ LAQUILA CONSTRUCTION INC
- ☐ LASTRADA GENERAL CONTRACTING CORP
- ☐ LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEER P.C.
- ☐ LIBERTY MUTUAL GROUP
- ☐ LOCKWOOD KESSLER & BARTLETT, INC.
- ☐ LUCIUS PITKIN, INC
- ☐ LZA TECH-DIV OF THORTON TOMASETTI
- ☐ MANAFORT BROTHERS, INC.
- ☐ MAZZOCCHI WRECKING, INC.
- ☐ MERIDIAN CONSTRUCTION CORP.
- ☐ MORETRENCH AMERICAN CORP.
- ☐ MRA ENGINEERING P.C.
- ☐ MUESER RUTLEDGE CONSULTING ENGINEERS
- ☐ NACIREMA INDUSTRIES INCORPORATED
- ☐ NEW YORK CRANE & EQUIPMENT CORP.
- ☐ NICHOLSON CONSTRUCTION COMPANY
- ☐ OLYMPIC PLUMBING & HEATING
- ☐ PETER SCALAMANDRE & SONS, INC.
- ☐ PINNACLE ENVIRONMENTAL CORP
- ☐ PLAZA CONSTRUCTION CORP.
- ☐ PLAZA CONSTRUCTION MANAGEMENT CORP.
- ☐ PRO SAFETY SERVICES, LLC
- ☐ PT & L CONTRACTING CORP
- ☐ REGIONAL SCAFFOLD & HOISTING CO, INC.
- ☐ ROBER SILMAN ASSOCIATES
- ☐ ROBERT L GEROSA, INC
- ☐ RODAR ENTERPRISES, INC.
- ☐ ROYAL GM INC.
- ☐ SAB TRUCKING INC.
- ☐ SAFEWAY ENVIRONMENTAL CORP
- ☐ SEASONS INDUSTRIAL CONTRACTING
- ☐ SEMCOR EQUIPMENT & MANUFACTURING CORP.
- ☐ SILVERITE CONTRACTORS
- ☐ SILVERSTEIN PROPERTIES
- ☐ SILVERSTEIN PROPERTIES, INC.
- ☐ SILVERSTEIN WTC FACILITY MANAGER, LLC
- ☐ SILVERSTEIN WTC, LLC
- ☐ SILVERSTEIN WTC MANAGEMENT CO., LLC
- ☐ SILVERSTEIN WTC PROPERTIES, LLC
- ☐ SILVERSTEIN DEVELOPMENT CORP.
- ☐ SILVERSTEIN WTC PROPERTIES LLC
- ☐ SIMPSON GUMPERTZ & HEGER INC
- ☐ SKIDMORE OWINGS & MERRILL LLP
- ☐ SURVIVAIR
- ☐ TISHMAN INTERIORS CORPORATION,
- ☐ TISHMAN SPEYER PROPERTIES,
- ☐ TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN
- ☐ TISHMAN CONSTRUCTION CORPORATION OF NEW YORK
- ☐ THORNTON-TOMASETTI GROUP, INC.
- ☐ TORRETTA TRUCKING, INC
- ☐ TOTAL SAFETY CONSULTING, L.L.C
- ☐ TUCCI EQUIPMENT RENTAL CORP
- **X** TULLY CONSTRUCTION CO., INC.
- **X** TULLY ENVIRONMENTAL INC.
- **X** TULLY INDUSTRIES, INC.
- **X** TURNER CONSTRUCTION CO.

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

**X** TURNER CONSTRUCTION COMPANY
**X** TURNER CONSTRUCTION INTERNATIONAL, LLC
☐ TURNER/PLAZA, A JOINT VENTURE
☐ ULTIMATE DEMOLITIONS/CS HAULING
☐ VERIZON NEW YORK INC,
☐ VOLLMER ASSOCIATES LLP
☐ W HARRIS & SONS INC
☐ WEEKS MARINE, INC.       ☐ ZIEGEN
☐ WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C.

☐ WHITNEY CONTRACTING INC.
☐ WOLKOW-BRAKER ROOFING CORP
☐ WORLD TRADE CENTER PROPERTIES, LLC
☐ WSP CANTOR SEINUK
☐ YANNUZZI & SONS INC
☐ YONKERS CONTRACTING COMPANY, INC.
☐ YORK HUNTER CONSTRUCTION, LLC

☐ Non-WTC Site Building Owner
  Name: _____
  Business/Service Address: _____
  Building/Worksite Address: _____
☐ Non-WTC Site Lessee
  Name: _____
  Business/Service Address: _____
  Building/Worksite Address: _____

☐ Non-WTC Site Building Managing Agent
  Name: _____
  Business/Service Address: _____
  Building/Worksite Address: _____

## II.  JURISDICTION

8.      The Court's jurisdiction over the subject matter of this action is:

**X** Founded upon Federal Question Jurisdiction; specifically; **X**; Air Transport Safety & System Stabilization Act of 2001.

## III  CAUSES OF ACTION

Plaintiff(s) seeks damages against the above named defendants based upon the following theories of liability, and asserts each element necessary to establish such a claim under the applicable substantive law:

| | | | |
|---|---|---|---|
| **X** | Breach of the defendants' duties and obligations pursuant to the New York State Labor Law(s) including §§ 200 and 240 | **X** | Common Law Negligence, including allegations of Fraud and Misrepresentation |
| **X** | Breach of the defendants' duties and obligations pursuant to the New York State Labor Law 241(6) | | **X**  Air Quality;  **X**  Effectiveness of Mask Provided;  **X**  Effectiveness of Other Safety Equipment Provided |

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

| X | Pursuant to New York General Municipal Law §205-a | | (specify: _____); |
| | | | ☐ Other(specify): |
| ☐ | Pursuant to New York General Municipal Law §205-e | ☐ | Wrongful Death |
| | | X | Loss of Services/Loss of Consortium for Derivative Plaintiff |
| | | ☐ | Other: _____ |

## IV  CAUSATION, INJURY AND DAMAGE

9.    As a direct and proximate result of defendant's culpable actions in the rescue and/or recovery and/or construction, renovation, alteration, demolition and all work performed at the premises, the Injured Plaintiff sustained (including, but not limited to) the following injuries:

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

| | | | |
|---|---|---|---|
| **X** | **Cancer Injury:** Nasopharyngeal cancer: Metastatic adenocarcinoma of the right ethmoid sinus with intracranial invasion. **Date of onset:** On or about May 15, 2004, the Injured Plaintiff began experiencing frontal and occipital headaches. On or about May 18, 2004, the Injured Plaintiff sought treatment and care at the Staten Island Medical Group for the headaches. On or about June 20, 2005, the Injured Plaintiff began experiencing blurred vision. On or about July 5, 2005, the Injured Plaintiff was examined by an ophthalmologist who referred him for an MRI Study. An MRI, taken on August 1, 2005, revealed the presence of a tumor located on or near his brain. The tumor was subsequently visualized in the nasopharynx. Thereafter, on or about August 4, 2005 the Injured Plaintiff was operated on and diagnosed with cancer. **Date physician first connected this injury to WTC work:** On or about August 4, 2005. | ☐ | Cardiovascular Injury: Date of onset: _____ Date physician first connected this injury to WTC work: _____ |
| ☐ | Respiratory Injury: Date of onset: Date physician first connected this injury to WTC work: | ☐ | Fear of Cancer Date of onset: _____ Date physician first connected this injury to WTC work: _____ |
| ☐ | Digestive Injury: Date of onset: Date physician first connected this injury to WTC work. | ☐ | Other Injury: Date of onset: _____ Date physician first connected this injury to WTC work: _____ |

*NOTE: The foregoing is NOT an exhaustive list of injuries that may be alleged.*

10.    As a direct and proximate result of the injuries identified in paragraph "1", above, the Ground Zero-Plaintiff has in the past suffered and/or will in the future suffer the following compensable damages:

===============================================================================

| | | | |
|---|---|---|---|
| **X** | Pain and suffering | **X** | Loss of earnings and/or impairment of earning capacity |
| **X** | Loss of the enjoyment of life | | |

**Please read this document carefully.**
**It is very important that you fill out each and every section of this document.**

| | | | |
|---|---|---|---|
| **X** | Loss of retirement benefits/diminution of retirement benefits | **X** | Expenses for medical care, treatment, and rehabilitation |
| | | **X** | Other: |

      **X**  Mental anguish
      **X**  Disability
      ☐  Medical monitoring
      ☐  Other: _____

11.      As a direct and proximate result of the injuries described *supra*, the derivative plaintiff(s), if any, have in the past suffered and/or will in the future suffer a loss of the love, society, companionship, services, affection, and support of the plaintiff and such other losses, injuries and damages for which compensation is legally appropriate.

**Please read this document carefully.**
**It is very important that you fill out each and every section of this document.**

9 of 9

**WHEREFORE**, plaintiff(s) respectfully pray that the Court enter judgment in his/her/their favor and against defendant(s) for damages, costs of suit and such other, further and different relief as may be just and appropriate.

**Plaintiff(s) demands that all issues of fact in this case be tried before a properly empanelled jury.**

Dated:  New York, New York
      April  26, 2007

                       Yours, etc.

                       SULLIVAN PAPAIN BLOCK
                       MCGRATH  & CANNAVO P.C.
                       Attorneys for Plaintiff

BY:                    
                       Andrew J. Carboy  (AC 2147)
                       120 Broadway - 18th Floor
                       New York, New York 10271
                       Tel: (212) 732-9000

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*